**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Xavier FRANKLIN, a.k.a. Zaybo,
Defendant–Appellant.**

No. 10–50616.

United States Court of Appeals,
Ninth Circuit.

May 14, 2012.

Elizabeth Carpenter, Assistant U.S., Michael J. Raphael, Esquire, Assistant U.S., Angela Sanneman, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Amy Fan, Esquire, Saint Martin & Fan, Los Angeles, CA, for Defendant–Appellant.

Xavier Franklin, pro se.

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

ORDER

Franklin's unopposed motion, filed May 1, 2012, to withdraw this court's memorandum disposition, filed April 25, 2012, is granted. Amy Fan, Esq., shall continue as counsel of record for Franklin.

Franklin's unopposed motion to stay proceedings, filed April 20, 2012, is granted.

On or before October 1, 2012, the parties shall file a joint status report to this court.